| | |
|---|---|
| IBRAHIMA WANE,<br><br>               Plaintiff,<br><br>   v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE, SERVICES HEALTH CARE CORRESPONDENCE AND APPEALS BRANCH, et al.,<br><br>               Defendants. | Case No.: 1:18-cv-00231-BAM (PC)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN **FORTY-FIVE (45) DAYS** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Ibrahima Wane ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 16, 2018. (ECF No. 1.) That same day, Plaintiff filed a motion requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

However, Plaintiff's form is incomplete. There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application as the instructions require, nor is the certificate portion of the form dated, signed, or filled-out by an authorized officer of the correctional institution. Plaintiff must submit a completed form if he wishes for the application to be considered.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff;

3. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **February 20, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE